**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 28, 2026

Joshua Warren Polk
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA 95814

RE: 26-2943 Emily Tvrdy, et al v. Michael Hilgers, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc: Clerk, U.S. District Court, District of Nebraska
Joshua E. Dethlefsen
Joseph W. McKechnie
Glenn Evans Roper

District Court/Agency Case Number(s): 4:26-cv-03189-RFR

**Caption For Case Number: 26-2943**

Emily Tvrdy; Amanda Musilek

Plaintiffs - Appellants

v.

Michael Hilgers, in his official capacity as the Attorney General of the State of Nebraska; Ashley Newmyer, in her official capacity as the Director of the Division of Public Health for the Nebraska Department of Health and Human Services

Defendants - Appellees

**Addresses For Case Participants: 26-2943**

Joshua Warren Polk
PACIFIC LEGAL FOUNDATION
Suite 1290
555 Capitol Mall
Sacramento, CA 95814

Clerk, U.S. District Court, District of Nebraska
U.S. DISTRICT COURT
District of Nebraska
Room 593
100 Centennial Mall North
Lincoln, NE 68508-3803

Joshua E. Dethlefsen
ATTORNEY GENERAL'S OFFICE
Civil Litigation
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509-0000

Joseph W. McKechnie
ATTORNEY GENERAL'S OFFICE
Civil Litigation
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509-0000

Glenn Evans Roper
PACIFIC LEGAL FOUNDATION
Suite 400
1745 Shea Center Drive
Highlands Ranch, CO 80129