**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2943

Emily Tvrdy and Amanda Musilek

Appellants

v.

Michael Hilgers, in his official capacity as the Attorney General of the State of Nebraska and Ashley Newmyer, in her official capacity as the Director of the Division of Public Health for the Nebraska Department of Health and Human Services

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:26-cv-03189-RFR)

---

**ORDER**

Appellants' emergency motion for injunction pending appeal is denied.

October 13, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler